```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :     16cv2379 (DLC)
LIGHTBOX VENTURES, LLC,                   :
                                          :        PRETRIAL
                      Plaintiff,          :    SCHEDULING ORDER
                                          :
              -v-                         :
                                          :
3RD HOME LIMITED,                         :
                      Defendant.          :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2016

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on June 10, 2016, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. This case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

2. No additional parties may be joined or pleadings amended after **August 12, 2016.**

3. All fact discovery must be completed by **November 18, 2016.**

4. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **December 2, 2016.** Identification of rebuttal experts and disclosure of their expert testimony must occur by **January 13, 2017.**

5. All expert discovery must be completed by **February 3, 2017.**

6. The following motion will be served by the dates indicated below.

Any motion Summary Judgment

- Motion served by **February 24, 2017**
- Opposition served by **March 17, 2017**
- Reply served by **March 31, 2017**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

7.  In the event no motion is filed, the Joint Pretrial Order must be filed by **February 24, 2017**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         June 13, 2016

                                    _____
                                         DENISE COTE
                                    United States District Judge