```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
   LIGHTBOX VENTURES, LLC,                :    16cv2379(DLC)
                                         :
                    Plaintiff,           :    ORDER
                                         :
              -v-                        :
                                         :
   3RD HOME LIMITED,                     :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2016

DENISE COTE, District Judge:

A preliminary injunction hearing is scheduled for October 21, 2016. Fact discovery concludes on November 18, 2016. The plaintiff has written a letter of September 16, and the defendant responded in a letter of September 20 setting forth discovery disputes. It is hereby

ORDERED that the defendant must complete its document production to plaintiff by September 29. That production must include all internal emails regarding the subject of this litigation, as well as all communications (internal or otherwise) concerning the amendment to the parties' agreement and changes to the joint venture's website.

IT IS FURTHER ORDERED that the plaintiff's request that the defendant identify all members of its vacation property exchange business is denied.

IT IS FURTHER ORDERED that, by September 29, the defendant shall produce documents sufficient to show all revenue or benefits it received from transactions with brokerage houses or similar entities, and its financial condition as of January 1, 2016 and today.

IT IS FURTHER ORDERED that, by September 29, the plaintiff shall supplement its disclosure regarding its request for damages.

IT IS FURTHER ORDERED that the parties shall confer regarding any outstanding disputes and write to the Court by October 3 at 12:00 P.M. to describe any remaining disputes.  A telephone call with the Court will be held on October 4, 2016 at 3:30 P.M. to address any remaining disputes.

Dated:   New York, New York
         September 21, 2016

_____
DENISE COTE
United States District Judge