# EVANS, JONES & REYNOLDS

### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
SUNTRUST PLAZA

SUITE 710

401 COMMERCE STREET

**NASHVILLE, TENNESSEE 37219-2405**

TELEPHONE (615) 259-4685

FACSIMILE (615) 256-4448

WWW.EJRLAW.COM

JAMES CLARENCE EVANS (1916-2009)
RICHARD A. JONES *
WINSTON S. EVANS
J. ALLEN REYNOLDS III
PHILLIP BYRON JONES
JEFFREY J. SWITZER
JOHN M. McDONALD

\* RETIRED

ADDRESS REPLY TO :
P.O. BOX 190627
NASHVILLE, TN 37219-0627

February 13, 2017
Case No. 1:16-cv-02379-DLC
*LightBox Ventures LLC v. 3rd Home Limited*

Honorable Denise L. Cote
United State District Judge
USDC – SDNY
Daniel Patrick Moynihan U.S. Courthouse
New York, NY   10007

Dear Judge Cote:

This letter is a joint status report, and is submitted pursuant to the directive in the Court's Order of January 12, 2017 [Doc. 92].

The parties met in Nashville, Tennessee on Friday, February 10, 2017, together with Timothy Warnock, of the Nashville Bar, who is a court certified Mediator.   The parties made substantial progress in their efforts to reach a resolution thereby making the continuation of this litigation unnecessary. Counsel for the Plaintiff had to depart in order to catch a flight home. However, the parties contemplate further discussions in the next two (2) weeks.   As a result, the parties respectfully ask that the Order staying this case be continued.

The parties will provide a status report to the Court on March 1, 2017 (if so allowed).

Respectfully,

Phillip Byron Jones

PBJ/sj
c:      Mr. Richard J.J. Scarola
        Mr. Jack Olivo

838803.061