# EVANS, JONES & REYNOLDS
**A PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**
SUNTRUST PLAZA
SUITE 710
401 COMMERCE STREET
**NASHVILLE, TENNESSEE 37219-2405**
TELEPHONE (615) 259-4685
FACSIMILE (615) 256-4448
WWW.EJRLAW.COM

JAMES CLARENCE EVANS (1916-2009)
RICHARD A. JONES*
WINSTON S. EVANS
J. ALLEN REYNOLDS III
PHILLIP BYRON JONES
JEFFREY J. SWITZER
JOHN M. McDONALD

* RETIRED

ADDRESS REPLY TO:
P.O. BOX 190627
NASHVILLE, TN 37219-0627

February 28, 2017
Case No. 1:16-cv-02379-DLC
*LightBox Ventures LLC v. 3rd Home Limited*

Honorable Denise L. Cote
United State District Judge
USDC – SDNY
Daniel Patrick Moynihan U.S. Courthouse
New York, NY   10007

Dear Judge Cote:

This letter is a joint status report, and is submitted pursuant to the directive in the Court's Order of February 14, 2017 [Doc. 94].

The Plaintiff is in the process of transitioning to new counsel. New counsel is Brem Moldovsky of Brem Moldovsky, LLC. Counsel for the Defendants wants to accommodate new counsel, who should enter his Notice of Appearance this week. Additionally, the parties continue their dialogue regarding a potential resolution. That dialogue has been cordial and productive; but, it is complicated by the fact that the Plaintiff's owner (Mr. Ellner) is also a Member, individually, in 3HL's property exchange and a Shareholder, individually, in 3HL. Thus, the settlement discussions have included, in part, not only resolutions to this lawsuit but also a complete (or partial) business divorce.

As a result, the parties respectfully ask that the Order Staying this case be continued through March 31, 2017.

The parties will provide a status report to the Court the following Monday, April 3, 2017 (if so allowed).

Respectfully,

Phillip Byron Jones

PBJ/sj
c:  Mr. Brem Moldovsky
    Mr. Richard J.J. Scarola
    Mr. Jack Olivo
    Third Home Limited

838803.062