AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTBOX VENTURES, LLC<br>*Plaintiff*<br>v.<br>3RD HOME LIMITED, et al.<br>*Defendant* | )<br>)<br>)  Case No.   16-CV-02379 (DLC)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lightbox Ventures, LLC and Andrew Ellner

Date:  03/01/2017

/s/
*Attorney's signature*

Brem Moldovsky BM6624
*Printed name and bar number*
Brem Moldovsky, L.L.C.
411 Lafayette Street, 6th Floor
New York, NY 10003

*Address*

brem@bremlaw.com
*E-mail address*

(212) 563-3370
*Telephone number*

(212) 563-3371
*FAX number*