USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-17

AO 154 (10-03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

LIGHTBOX VENTURES, LLC

Plaintiff (s),

v.

3RD HOME LIMITED et al.

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-CV-02379 (DLC)

Notice is hereby given that, subject to approval by the court, __LightBox Ventures, LLC & Andrew Ellner__ substitutes
(Party (s) Name)

__Brem Moldovsky, Esquire__, State Bar No. __4171167__ as counsel of record in
(Name of New Attorney)

place of __Richard J.J. Scarola, Esquire and Alexander Zubatov, Esquire__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Brem Moldovsky, L.L.C. |
| Address: | 411 Lafayette Street, Sixth Floor |
| Telephone: | (212) 563-3370     Facsimile: (212) 563-3371 |
| E-Mail (Optional): | brem@bremlaw.com |

, Andrew Ellner,
I consent to the above substitution, on behalf of myself and Lightbox Ventures, LLC.
Date: 2/28/17
(Signature of Party (s))

I consent to being substituted.
Date: 2/28/17
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/28/2017
_Brem Moldovsky_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

So ordered.
_[signature]_
3/1/17