| | | |
|---|---|---|
| **BREM MOLDOVSKY**<br>Email: brem@bremlaw.com<br>Admitted in NJ, NY and PA<br><br>Brem Moldovsky, L.L.C. was formed<br>in PA & Registered in NJ & NY | <br><br>www.bremlaw.com | **NEW YORK**<br>411 LAFAYETTE STREET<br>SIXTH FLOOR<br>NEW YORK, NY 10003<br><br>PHONE (212) 563-3370<br>FAX     (212) 563-3371<br><br>**NEW JERSEY**<br>103 CARNEGIE CENTER<br>SUITE 300<br>PRINCETON, NJ 08540<br><br>PHONE (201) 894-8930<br>FAX   (201) 894-8933<br><br>**PENNSYLVANIA**<br>100 NORTH 18TH STREET<br>SUITE 300<br>PHILADELPHIA, PA 19103<br><br>PHONE (215) 546-9957<br>FAX     (215) 546-9942 |

November 30, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-1-17
```

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007



**RE:**   Lightbox Ventures, LLC vs. 3rd Home Limited et al. Case No.: 1:16-cv-02379-DLC

Dear Judge Cote,

    We write to respectfully request that Your Honor extend the deadline to begin mediation pursuant to Your Honor's Order of November 13, 2017 (PACER Doc. # 150) to January, 2018. Upon conferring with the mediator referred to the matter, it was learned that he had only three dates available for all of December, two of which the Plaintiff is unable to attend and the third the Defendants are unable to attend. However, all parties have committed to appear in good faith on January 8, 2018 upon Your Honor's approval. So too in order to help the mediation be meaningful and to limit pretrial work and expenses till after the mediation either works or not, as it is believed the initial schedule was intended and had the practical impact of doing, please reschedule the trial date for 30-60 days from the current date of February 5, 2018.

We appreciate Your Honor's kind attention, and we are available for any questions.

| | Very truly yours, |
|---|---|
| *(signature)* | *(signature)* |
| Phillip B. Jones, Esq. | Brem Moldovsky, Esq. |
| Evans, Jones & Reynolds | Brem Moldovsky, LLC |
| *Attorney for Defendants 3rd Home, Ltd.* | *Attorney for Plaintiff Lightbox* |
| *and Wade Shealy* | *Ventures, LLC* |

*Handwritten note:*

The Pretrial Order is due 2/20/18. The trial is placed on the March 12 trial ready calendar.

*(signature)*
12/1/17