|            |      |                                                                                                                                                                                                                                                                         | Hours |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/1/2016  | RJJS | work on proposed order with Mr. Zubatov per Judge's instructions; communications with Mr. Ellner; pursue forensics services                                                                                                                                              | 1.20  |
|            | AZ   | revision and e-filing of letter and proposed order regarding e-mails; coordination with Mr. Scarola and paralegal staff regarding same; e-mail exchange with Mr. Scarola regarding same; review of filing regarding same from Mr. Jones                                  | 2.00  |
| 11/2/2016  | RJJS | work on order follow-up with Mr. Zubatov per Judge's instructions; communications with Mr. Ellner; pursue forensics services;                                                                                                                                            | 1.60  |
|            | AZ   | review of court's order regarding forensic computer expert; e-mail exchange with Mr. Scarola regarding same; review of e-mail exchange between Mr. Scarola and Mr. Jones regarding same                                                                                  | 0.50  |
| 11/3/2016  | RJJS | follow-up on forensics expert                                                                                                                                                                                                                                            | 0.20  |
| 11/4/2016  | RJJS | extensive work on arranging forensic investigations                                                                                                                                                                                                                      | 3.40  |
| 11/7/2016  | RJJS | work on arranging forensic investigations                                                                                                                                                                                                                                | 0.60  |
| 11/8/2016  | RJJS | further work on arranging forensic investigations                                                                                                                                                                                                                        | 0.80  |
| 11/9/2016  | RJJS | confer with forensics groups regarding work to be done                                                                                                                                                                                                                   | 0.40  |
| 11/9/2016  | AZ   | review of e-mail exchange between Mr. Scarola, Mr. Ellner, Mr. Jones and Nashville IT firm regarding outstanding issues; review of documents to prepare search terms; review of e-mail from Mr. Scarola forwarding terms of engagement and protocol with Nashville firm and review of same | 5.00  |
| 11/10/2016 | RJJS | work with forensics group regarding protocol due November 14                                                                                                                                                                                                             | 2.00  |

|  |  |  | Page 2 |
|---|---|---|---|
|  |  |  | <u>Hours</u> |
|  | AZ | continued review of documents to ascertain search terms to be used; e-mail exchange with Mr. Scarola and Mr. Ellner regarding same; review of Protocols used in prior forensics investigations to draft same; drafting same; e-mail exchange with Mr. Scarola regarding same; drafting e-mail to e-discovery firm regarding protocol and regarding search terms to be used; review of response and further response to same; e-mail to Mr. Jones regarding protocol | 11.60 |
| 11/11/2016 | AZ | completion of search terms based on forensic expert's guidelines; e-mail exchanges with Mr. Scarola and Mr. Jones regarding same; e-mail exchanges with forensic expert regarding same and regarding timing of process; e-mail exchange with Mr. Jones regarding privilege searches and his other concerns with protocol; e-mail exchange with forensic expert and Mr. Scarola regarding devices to be searched and protocol to be followed; revision of protocol and e-mail to Mr. Jones regarding same | 5.10 |
|  | RJJS | work with forensics group regarding protocol due November 14; correspondence with AE | 0.50 |
| 11/14/2016 | RJJS | work on Order to be submitted to the Court; extensive communications with AZ | 1.50 |
|  | AZ | coordination with Mr. Scarola, Mr. Jones and Discovia to finalize search terms and forensic investigation protocol and accompanying proposed order and to e-file same; call with Discovia to address protocol; conference with Mr. Scarola regarding same | 10.70 |
| 11/15/2016 | RJJS | further work on forensics collection | 0.20 |
| 11/16/2016 | AZ | review of order entered by judge regarding forensic examination; e-mail exchange with Mr. Scarola regarding same; conference with Mr. Ellner regarding same; e-mail to Mr. Jones regarding same; e-mail exchange with forensic expert regarding same | 1.30 |
| 11/17/2016 | RJJS | address ongoing forensics logistics issues | 0.50 |
|  | AZ | communication with Mr. Scarola, Mr. Jones and Discovia regarding logistics of data collection | 1.50 |
| 11/18/2016 | RJJS | further work on forensics issues; conferences with AZ regarding forensics issues | 0.60 |
|  | AZ | continued communication with Mr. Jones, Mr. Scarola and Discovia regarding logistics of data collection | 1.70 |
| 11/20/2016 | AZ | e-mail exchange with Mr. Jones and Discovia regarding confirmation of time and contact info for forensic examination | 0.50 |

|            |      |                                                                                                                              | Page 3 |
|            |      |                                                                                                                              | Hours  |
| 11/21/2016 | RJJS | address forensics issues                                                                                                     | 0.10   |
|            | AZ   | e-mail exchange with Discovia and Mr. Scarola regarding parameters of data transfer                                          | 0.20   |
| 11/22/2016 | RJJS | work on forensics issues; conferences with AZ                                                                                | 0.10   |
|            | AZ   | conference call with Discovia regarding status of forensic inquiry; e-mail exchange with Mr. Scarola regarding same          | 1.60   |
| 11/23/2016 | AZ   | e-mail to Ms. Wolfram/Discovia regarding cost of proceeding                                                                  | 0.10   |
| 11/27/2016 | RJJS | communications with forensics group                                                                                          | 0.20   |
| 11/28/2016 | RJJS | communications with forensics group; address pricing disconnect; analyze Zacks production in that regard                     | 0.70   |
| 11/29/2016 | RJJS | correspondence from and with forensics group; extensive follow-up                                                            | 0.90   |
| 11/30/2016 | RJJS | address forensics issues                                                                                                     | 0.10   |

|  |  |  |  | Hours |
|---|---|---|---|---|
| 12/1/2016 | RJJS |  | address forensics issues with AZ | 0.10 |
|  | AZ |  | review of Discovia's revised proposal; conference with Mr. Ellner regarding same; review of forensic discovery protocol; e-mail to Mr. Scarola regarding same; conference with Mr. Scarola regarding same; e-mail exchange with vendor regarding same | 1.70 |
| 12/5/2016 | RJJS |  | correspondence regarding forensics group prices changes | 0.10 |
|  | AZ |  | review of e-mail from Discovia regarding results of searches on database; e-mail exchanges with them and with Mr. Scarola regarding details of same; e-mail exchanges with Discovia and Mr. Scarola regarding details of uploading and cost of investigation | 4.50 |
| 12/6/2016 | RJJS |  | negotiate with forensics group further | 0.20 |
| 12/7/2016 | RJJS |  | negotiate with forensics group further | 0.20 |
|  | AZ |  | review of e-mails between Mr. Scarola and Discovia regarding project costs; e-mail exchanges with Discovia regarding setup of database; conferences with Ms. Pitock and Ms. Ohayon regarding same; e-mail exchange with Mr. Jones regarding same | 2.00 |
| 12/8/2016 | RJJS |  | extensive conferences regarding forensics effort and next related communications to the Court regarding those issues | 0.50 |
|  | AZ |  | conference with Ms. Ohayon and Ms. Pitock regarding Relativity training; attendance at Relativity training; e-mail to Mr. Scarola regarding updating court and procedure for document review of Relativity database; conference with Mr. Scarola regarding same; beginning of preliminary review of database; conference with Mr. Scarola regarding same; conference with Mr. Scarola regarding | 7.60 |

|            |      |                                                                                                                                                                                                                                                                                                                              | Page 2 |
|            |      |                                                                                                                                                                                                                                                                                                                              | Hours  |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            |      | same; attempt to search for e-mails uniquely responsive to Zacks-Shealy term; e-mail exchanges with Discovia regarding same; e-mail exchanges with Mr. Scarola regarding same; conference with Ms. Ohayon regarding same                                                                                                      |        |
|            | EO   | attendance at the Relativity training                                                                                                                                                                                                                                                                                        | 1.30   |
| 12/9/2016  | RJJS | research for sanctions motion; work with team regarding forensics review; letter to Judge Cote; correspondence from Mr. Jones regarding forensics issues                                                                                                                                                                     | 0.60   |
|            | AZ   | conference with Ms. Ohayon regarding review of documents to find Zacks documents in database; drafting letter to judge regarding status of investigation; e-mail exchange with Mr. Scarola to revise same; coordination with Ms. Ohayon to e-file same; review of Mr. Jones response to same; review of Mr. Scarola's e-mails regarding sanctions for discovery non-compliance | 3.20   |
|            | EO   | conference with Mr. Zubatov regarding review of documents to find Zacks documents in database; review of same                                                                                                                                                                                                                 | 1.80   |
| 12/12/2016 | RJJS | correspondence with forensics groups; related work with AZ                                                                                                                                                                                                                                                                   | 0.40   |
|            | EO   | review of documents to find Zacks documents in database                                                                                                                                                                                                                                                                      | 4.60   |
|            | AZ   | review of e-mail from Ms. Ohayon regarding status of Zacks e-mails in database; e-mail exchange with Mr. Scarola regarding manner of proceeding to review rest of documents; review of Relativity database in light of same                                                                                                  | 2.40   |
| 12/13/2016 | RJJS | work on issues regarding forensics review; work on demand correspondence to Mr. Jones regarding recent disclosure failings                                                                                                                                                                                                   | 0.80   |
|            | AZ   | e-mail exchanges with Mr. Scarola, Ms. Ohayon and Discovia to arrive at plan for review of documents by Mr. Ellner and to set up database for same; coordination with Ms. Ohayon to print documents for Mr. Ellner's review                                                                                                  | 2.90   |
| 12/14/2016 | RJJS | review Jones privilege log; work on the issues regarding forensics review permitted by AE and to be implemented by him                                                                                                                                                                                                       | 0.60   |
|            | AZ   | coordination with Ms. Ohayon and Mr. Scarola to produce documents for Mr. Ellner's review; e-mail exchange with Mr. Scarola regarding follow-up searches and review of search results in light of same; e-mail exchange with Ms. Ohayon and Mr. Scarola regarding documents generated in response to searches; refining searches in light of same; review of Mr. Jones' privilege log and e-mail to Mr. Scarola regarding same | 3.80   |
| 12/15/2016 | RJJS | review Jones privilege log; work on the issues regarding forensics review permitted by AE and to be implemented by him; work on search limitations to asses additional documents withheld by 3HL                                                                                                                             | 1.50   |

|            |      |                                                                                                                                                                                                           | Page 3 |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------:|
|            |      |                                                                                                                                                                                                           | Hours  |
| 12/15/2016 | AZ   | beginning of research regarding discovery malfeasance sanctions                                                                                                                                           | 4.10   |
| 12/16/2016 | RJJS | review Jones privilege log issues with AZ; work on the forensics review                                                                                                                                   | 0.40   |
|            | AZ   | e-mail exchanges with Mr. Scarola and Ms. Ohayon regarding additional searches to be done in Relativity database; continued research regarding discovery sanctions; conference with Mr. Scarola regarding privilege log | 1.50 |
| 12/19/2016 | RJJS | review forensics review with AE and assess sanctions options/availability with AZ; discuss next steps with AZ for forensics review                                                                        | 0.40   |
|            | AZ   | e-mail exchange with Mr. Ellner regarding privileged documents; e-mail exchange with Mr. Jones regarding same; continued research regarding discovery sanctions; conference with Mr. Scarola regarding same and regarding other issues in case | 5.40 |
| 12/20/2016 | RJJS | work on the forensics review; assess document print and review status; and arrangement for AE to continue it online                                                                                       | 0.20   |
|            | AZ   | completion of sanctions research and e-mail memo to Mr. Scarola regarding same; coordination with Ms. Ohayon and Discovia to set up Discovia training for Mr. Ellner                                      | 1.60   |
| 12/21/2016 | AZ   | conference with Mr. Ellner regarding Luxury Services; e-mail exchange and conference with Ms. Ohayon regarding same; additional conference with Mr. Ellner regarding same                                 | 1.20   |
| 12/22/2016 | AZ   | conference with AZ regarding plan for his review of documents                                                                                                                                             | 0.20   |
| 12/29/2016 | AZ   | conference with Mr. Ellner regarding received CD-ROM of documents and regarding his flagged documents; e-mail exchange with Mr. Scarola regarding these issues                                            | 0.50   |
|            | RJJS | communications with AZ                                                                                                                                                                                    | 0.10   |
| 12/30/2016 | AZ   | review of documents flagged by Mr. Ellner; e-mail to Mr. Scarola regarding same; e-mail exchange with Mr. Scarola regarding same                                                                          | 1.50   |