|            |      |                                                                                                                                                                      | Hours |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 8/22/2016  | AZ   | review of 3HL's discovery responses and Mr. Scarola's and Mr. Ellner's e-mails regarding same; drafting proposed letter to Mr. Jones regarding same                  | 1.50  |
| 8/23/2016  | AZ   | sending Mr. Jones e-mail regarding discovery issues; review of response and forwarding same to Mr. Scarola; review of response; e-mail exchange with Mr. Ellner regarding same | 0.40  |
|            | RJJS | address Jones'/defendants' discovery deficiencies in various writings                                                                                                | 0.40  |
| 8/24/2016  | RJJS | further communications regarding defendants' discovery deficiencies                                                                                                  | 0.20  |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 9/8/2016   | RJJS | draft correspondence to Mr. Jones on discovery deficiencies                                                                                                                                                                                                                                                                                                                                                              | 0.20  |
| 9/9/2016   | RJJS | correspondence to Mr. Jones regarding disclosure deficiencies; review Judge's rules; follow-up with AZ regarding next steps                                                                                                                                                                                                                                                                                              | 0.60  |
| 9/12/2016  | RJJS | communications with Jones regarding discovery issues; conference with AZ; conference with AE                                                                                                                                                                                                                                                                                                                             | 0.30  |
|            | AZ   | work on letter to judge regarding discovery issues; review of discovery requests and responses and exchange of e-mails regarding same; review of judge's rules regarding same; e-mail exchange with Mr. Scarola regarding scheduling of discovery conference with Mr. Jones                                                                                                                                              | 3.40  |
| 9/13/2016  | RJJS | review AZ drafts regarding 3HL discovery issues                                                                                                                                                                                                                                                                                                                                                                          | 0.30  |
| 9/13/2016  | AZ   | preparation for discovery conference with Mr. Jones; review of my e-mail regarding regarding discovery issues; review of Mr. Jones' response; review of discovery requests and responses; coordination with Mr. Scarola to hold conference; conference with Mr. Jones regarding discovery issues; notes regarding same; conference with Mr. Scarola regarding same; review of e-mail from Mr. Jones regarding same; e-mail exchange with Mr. Scarola regarding same; completion of proposed letter to court and e-mail to Mr. Scarola regarding same | 6.20  |
| 9/14/2016  | RJJS | communications with Mr. Jones regarding deficiencies                                                                                                                                                                                                                                                                                                                                                                     | 0.80  |
|            | AZ   | conference with Mr. Scarola regarding status of case; review of Mr. Scarola's proposed e-mail to Mr. Jones regarding discovery issues; markup of same; review of Mr. Jones' response to Mr. Scarola regarding discovery issues                                                                                                                                                                                           | 1.10  |

|  |  |  |  | Page 2 |
|---|---|---|---|---:|
|  |  |  |  | Hours |
| 9/15/2016 | RJJS | work on discovery demand correspondence; various updates to AE | | 0.30 |
|  | AZ | review of e-mail from Mr. Scarola regarding letter to judge; e-mail exchange regarding same | | 0.30 |
| 9/16/2016 | RJJS | work correspondence to the Court on discovery demand issues | | 0.80 |
|  | AZ | correspondence with Mr. Scarola re letter to court; coordination to proofread same and file same | | 1.10 |
| 9/27/2016 | RJJS | work on discovery demand (second) | | 0.80 |
| 9/28/2016 | AZ | review of letter regarding discovery from Mr. Jones | | 0.10 |
|  | RJJS | various correspondence from Mr. Jones; lengthy correspondence with the Court | | 0.60 |
| 9/29/2016 | RJJS | review Jones' production of documents; various communications from Mr. Jones | | 0.50 |
|  | AZ | review of Mr. Jones' supplemental document production and our supplemental document production; e-mail to Mr. Scarola regarding same | | 1.20 |
| 9/30/2016 | RJJS | work on correspondence to Mr. Jones regarding production and deposition issues; work on correspondence to Court regarding same; communications regarding Jones representation there are no emails to produce; other communications regarding papers needed for discovery submission | | 0.60 |
|  | AZ | review of e-mail from Mr. Scarola to Mr. Jones regarding document production | | 0.10 |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/1/2016  | RJJS | work on correspondence on discovery issues to Judge Cote                                                                                                                                                                                                                                                                                                                                                                                                                        | 2.20  |
| 10/2/2016  | RJJS | work on "discovery" correspondence to Judge Cote                                                                                                                                                                                                                                                                                                                                                                                                                                | 1.20  |
| 10/3/2016  | RJJS | discovery letter to the Court                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.40  |
| 10/4/2016  | RJJS | review Mr. Jones' discovery letter to the Court; call with Judge Cote regarding discovery issues; further related communications with Mr. Jones                                                                                                                                                                                                                                                                                                                                 | 1.00  |
|            | AZ   | review of letter from Phillip Jones to court regarding discovery; e-mail exchange with Mr. Scarola regarding same; call with court regarding internal communications; conference with Mr. Scarola regarding same; research regarding obtaining transcript and regarding timing of third-party subpoenas and e-mail to Mr. Scarola regarding same; e-mail to Mr. Scarola regarding same; review of communications between Mr. Scarola and Mr. Ellner regarding court conference and between Mr. Scarola and Mr. Jones regarding internal e-mails | 3.00  |
| 10/12/2016 | RJJS | correspondence from Jones with additional document; work on disclosure failing issue                                                                                                                                                                                                                                                                                                                                                                                            | 0.80  |
|            | AZ   | review of Mr. Jones additional production of internal e-mails; conference with Mr. Scarola regarding same; e-mail to Mr. Scarola regarding internal e-mails; conference with Mr. Scarola regarding same                                                                                                                                                                                                                                                                         | 1.20  |
| 10/14/2016 | RJJS | various matters regarding defendants' failure to make disclosures                                                                                                                                                                                                                                                                                                                                                                                                               | 0.50  |
|            | AZ   | conference with Mr. Scarola regarding proposed letter to court regarding internal e-mails; beginning of drafting of same and gathering exhibits in support of same                                                                                                                                                                                                                                                                                                              | 1.40  |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                          | Page 2 |
|------------|------|----|---|
|            |      |                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |
| 10/17/2016 | RJJS | work on additional discovery demands; work on correspondence to Judge Cote regarding disclosure failings and regarding the request for a forensic review | 0.80 |
|            | AZ   | completion of letter to Judge Cote regarding discovery issues; gathering exhibits in conjunction with same; back-and-forth with Mr. Scarola to revise letter | 3.00 |
| 10/18/2016 | RJJS | work on correspondence to Judge Cote regarding disclosure failings and regarding the request for a forensic review | 0.80 |
|            | AZ   | work on finalizing and e-filing letter to court regarding discovery issues; coordination with paralegal staff regarding same and to transmit courtesy copy of same; conference with Mr. Scarola regarding same; conference with Mr. Scarola regarding need to obtain additional exhibits and e-mail to Ms. Ohayon regarding same | 3.20 |
| 10/19/2016 | RJJS | correspondence from Mr. Jones; review new 3HL financial info | 0.50 |
|            | AZ   | review of Mr. Jones' letter in response to our letter regarding discovery issues; e-mail exchange with Mr. Scarola regarding same; conference with Mr. Scarola regarding same; conference with Mr. Ellner regarding note from Mr. Scarola | 0.80 |
| 10/26/2016 | RJJS | conferences with AZ regarding next steps in discovery issues with the Court and draft comprehensive correspondence regarding 3HL discovery failings | 0.50 |
| 10/27/2016 | RJJS | work on correspondence to the Court regarding discovery issues | 0.40 |
|            | AZ   | work on gathering information for and drafting a letter to Cote regarding outstanding discovery issues | 6.70 |
| 10/28/2016 | RJJS | further work on correspondence to Court and second letter regarding failure to disclose | 1.10 |
|            | AZ   | review of 3HL affidavit regarding internal e-mails; e-mail exchange with Mr. Scarola regarding same and conference with Mr. Scarola regarding same; work with Mr. Scarola to revise, finalize and e-file letter to Judge regarding discovery issues; work on letter to judge regarding 3HL affidavit; review of same; research regarding Cote's decisions on e-discovery; internet research regarding same | 8.50 |
| 10/30/2016 | RJJS | work on correspondence regarding disclosure failings | 0.50 |
| 10/31/2016 | RJJS | work on correspondence regarding disclosure failings; new order directing forensic review; work on proposed order with Mr. Zubatov per Judge's instructions | 1.30 |
|            | AZ   | completion of work with Mr. Scarola to review letter regarding 3HL affidavit regarding e-mails; gathering exhibits to same; coordination | 9.00 |

Page 3

<u>Hours</u>

with staff to e-file same; review of court's order regarding 3HL e-mails; conference with Mr. Scarola regarding same; work on proposed order and letter in light of same; research regarding content of proposed order; review of court-ordered deadlines; e-mail exchange with Mr. Scarola regarding same