**BREM MOLDOVSKY**
Email: brem@bremlaw.com
Admitted in NJ, NY and PA

Brem Moldovsky, L.L.C. was formed
in PA & Registered in NJ & NY

**PENNSYLVANIA**
100 NORTH 18TH STREET
SUITE 300
PHILADELPHIA, PA 19103

PHONE   (215) 546-9957
FAX        (215) 546-9942

**BREM MOLDOVSKY L.L.C.**

www.bremlaw.com

**NEW YORK**
411 LAFAYETTE STREET
SIXTH FLOOR
NEW YORK, NY 10003

PHONE (212) 563-3370
FAX       (212) 563-3371

**NEW JERSEY**
103 CARNEGIE CENTER
SUITE 300
PRINCETON, NJ 08540

PHONE  (201) 894-8930
FAX        (201) 894-8933

April 10, 2018

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re:   Lightbox Ventures, LLC vs. 3rd Home Limited *et al.*, No.: 1:16-cv-02379-DLC

Your Honor:

At close to the same time as the Court memo-endorsed my letter of April 9, 2018, seeking permission to withdraw as counsel to Lightbox Ventures and Mr. Ellner (ECF Doc. # 231) I received an instruction from Mr. Ellner to communicate his disagreement with my request to withdraw to the Court (ECF Doc. # 230). I was on a train at the time. Over the course of the evening, Mr. Ellner provided the attached letter and the instruction that it be submitted to the Court, which I am now doing.

Although I do not agree with the factual assertions made in Mr. Ellner's letter, I will not address them unless the Court instructs me to do so.

Respectfully submitted,

/s/ _____
Brem Moldovsky, Esquire

The Honorable Denise L. Cote  p. 2
April 9, 2018

                                        Brem Moldovsky, L.L.C.
                                        Attorney for Lightbox Ventures,
                                        LLC, and Andrew Ellner

Attachment
cc:     Phillip B. Jones, Esq.(PJones@ejrlaw.com)
        Andrew Ellner and Lightbox Ventures, LLC (aellner@lightboxcap.com)

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

April 9, 2018

Re: Lightbox Ventures, LLC vs. 3rd Home Limited *et al.*, No.: 1:16-cv-02379-DLC

Your Honor:

I am Andrew Ellner, the Managing Member of the Plaintiff Lightbox Ventures, and Counterclaim/Third-Party Defendant in the above-referenced action. I have instructed Mr. Moldovsky as my Counsel to submit this to you today, and respectfully apologize if the format and language are not proper as I am not an attorney and have never had to make a submission like this before.

I am making this submission as I disagree with what has been presented to you by Mr. Moldovsky in his submission today. This motion is about money and not strategy nor communication, and relates to a bill first sent to me in March and another first sent last week. I asked Mr. Moldovsky for time to review the bills as they were significantly more than anything he had discussed with me. I had even offered to pay a significant portion of the amount he had billed while analyzing his claims for reasonableness, with the understanding that he would wait until Your Honor's decision before taking any action. Unfortunately, Mr. Moldovsky's demands were such that I could not accept his terms, although it was my strong preference for him to have at least waited for your decision before considering withdrawing as my Counsel.

Your Honor, when you turn to Mr. Moldovsky's motion, I request the opportunity to be heard.

Respectfully,

Andrew Ellner