```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LIGHTBOX VENTURES, LLC,                 :
                    Plaintiff,          :    16cv2379(DLC)
                                        :
             -v-                        :    ORDER
                                        :
3RD HOME LIMITED and WADE SHEALY,       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
3RD HOME LIMITED and WADE SHEALY,       :
                                        :
                    Third-Party Plaintiffs, :
                                        :
             -v-                        :
                                        :
ANDREW ELLNER                           :
                                        :
                    Third-Party Defendant. :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·13·2018

DENISE COTE, District Judge:

By Opinion of April 13, 2018, the Court found that plaintiff Lightbox Ventures LLC ("Lightbox") is entitled to reasonable attorneys' fees that it incurred in litigating this action prior to October 28, 2016. Pursuant to the Court's Memo Endorsement of April 9, 2018, the request of Lightbox's counsel to withdraw is also granted as of April 13. Because a corporation is not permitted to proceed pro se in federal court, Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997), Lightbox may not litigate the amount of fees to which it is entitled

unless new counsel appears on its behalf. Accordingly, it is hereby

ORDERED that the April 13 Opinion shall be vacated insofar as it awarded Lightbox attorneys' fees if an attorney does not appear on behalf of Lightbox by **April 27, 2018**.

IT IS FURTHER ORDERED that, if an attorney enters a notice of appearance by April 27, 2018, Lightbox shall submit an application for such fees, with supporting documentation, by **April 27, 2018**. Defendants shall file any opposition by **May 11, 2018**. Lightbox shall file any reply by **May 18, 2018**. At the time any Reply is served, Lightbox shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
April 13, 2018

_____
DENISE COTE
United States District Judge