# Exhibit B

**SCAROLA MALONE & ZUBATOV LLP**

Mr. Andrew Ellner
March 11, 2016
Page 7

and acceptance by signing it, making a copy of it for your records and returning it to me, and we will return a full executed copy to you.

We look forward to working with you.

SCAROLA MALONE & ZUBATOV LLP

By _____
Richard J.J. Scarola

By E-Mail
Enclosure/Attachment

Consented to and agreed:

_____
Andrew Ellner
LightBox Ventures, LLC