# Exhibit G

# Exhibit 11

*(to October 2018 Certification of Andrew Ellner)*

# SCAROLA MALONE & ZUBATOV LLP

Richard J.J. Scarola
rjjs@smzllp.com
212.757.0007 ext. 3201

October 26, 2016

Mr. Andrew Eliner
LightBox Ventures, LLC
c/o aeliner@lightboxcap.com

*Amendment to Retainer Agreement dated as of March 11, 2016 (Attached)*

Dear Andy:

We have discussed amending our Retainer Agreement dated as of March 11, 2016 (copy attached) (the "Retainer Agreement"), in the respects set forth herein, and we hereby make that amendment. Terms defined in the Retainer Agreement are used herein in the same manner as defined terms. No other provision of our Retainer Agreement is amended, and Retainer Agreement is unchanged and remains in full force and effect except as expressly provided herein. We have deferred fees to date in the amount of $77,189.76. Additional statements for the period commencing October 1, 2016, and thereafter, will show deferrals of fees in the amount of 40% of such fees (in other words, you will be currently obligated to pay only 60% of the amount billed). (For the avoidance of doubt, out-of-pocket expenses such as court reporters, court fees, travel, and other amounts not covered by the 3.5% charge in our Retainer Agreement will be paid by you at our cost when billed and not be deferred or discounted in any way.)

The amendments and changes to which we agree are as follows:

We will allow the deferrals set forth above. In exchange, we will be entitled to a contingent fee payment from you in the amount up to twice the total amount of fees deferred on all of our billings through such time as the fee becomes due (the "Contingency Fee"), on the terms set out below.

If there is a recovery through a litigated result or a settlement resulting in LightBox or Andrew Eliner receiving cash and only cash, then, with respect to the possible Contingency Fee,

— the first dollars recovered will pay 25% of the contingency fee

— additional dollars recovered will be split 50/50 between you and us until the Contingency Fee is fully paid (and you will receive any additional amounts recovered).

If there is a recovery through a litigated result, or a settlement, resulting in LightBox or Andrew Eliner receiving any direct or indirect non-cash consideration, then, after applying any cash portion (if any) of a

## SCAROLA MALONE & ZUBATOV LLP

recovery under the formula described above, additionally, Andy and LightBox will be obligated to pay an amount (up to the total amount of the Contingency Fee) calculated as follows:

- a value shall be assigned to the indirect or non-cash consideration, either by our agreement or, if we cannot agree, by a third-party on whom we will agree in a binding private arbitration not to last more than one day or, if we cannot agree on such a third-party, under the Commercial Arbitration Rules of the American Arbitration Association

- that value as agreed or determined shall be treated as cash for purposes of determining LightBox's and Andy's payment obligation in accordance with the formula set forth above for cash payments, and such amount shall be owed to us upon such determination being made.

If Andy or LightBox direct that the claims be dropped and not pursued, then they will owe 25% of the contingency fee

No Contingency Fee payment will be due in respect of the deferrals described herein if the case results in a litigated conclusion with no recovery of any sort.

Our firm is making this amendment agreement at your request in deference to concerns you have expressed about the cost of litigating. In making this agreement, we have discussed and agreed that the provisions above make sense and are agreed upon including in light of the nature of the claims in the case and the various ways in which they can be resolved (including in particular the fact that there may be non-monetary consideration or results and the fact that damages claims are non-traditional because the business of plaintiff had been at its inception when the case began).

SCAROLA MALONE & ZUBATOV LLP

By_____
       Richard J.J. Scarola

Attachment

Consented to and agreed:

_____
Andrew Ellner
LightBox Ventures, LLC